UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VAIDAS TAUČIUS, | ) |
|       Petitioner, | ) ) ) |
| vs. | ) Case No. 11C 6968 |
| EGLĖ TAUČIENĖ, | ) ) ) |
|       Respondent. | ) ) ) |

**ORDER FOR ISSUANCE OF WARRANT
IN LIEU OF WRIT OF *HABEAS CORPUS***

This matter having come before the Court on Petitioner's Verified Emergency *Ex Parte* Petition for a Warrant in Lieu of Writ of *Habeas Corpus*, the Court being fully advised in the premises and having considered (1) the Petition for Return of Nojus Taučius ("the Minor"), (2) The Convention on the Civil Aspects of International Child Abduction, done at the Hague on October 25, 1980, (3) the International Child Abduction Remedies Act, (4) Petitioner's Verified Emergency *Ex Parte* Petition for a Warrant in Lieu of Writ of *Habeas Corpus*, and (5) the testimony of Vaidas Taučius, the Court finds that Eglė Taučienė will likely remove the Minor from the State of Illinois if a warrant for arrest in lieu of writ of *habeas corpus* is not issued, from which it appears that a Warrant should issue in lieu of Writ of *Habeas Corpus*.

IT IS THEREFORE ORDERED THAT:

1. A Warrant of Arrest issue out of this Court directed to the United States Marshalls within the State of Illinois commanding him to take into protective custody the Minor and release him to the Petitioner, Vaidas Taučius.

2. The United States Marshall that executes the Warrant of Arrest shall serve Eglė

Taučienė with the Petition for the Return of the Minor, the warrant, and a copy of this Order immediately after the child is taken into physical custody.

3. The Petition for the Return of the Minor shall be heard on the ~~next~~ (mu) judicial day on which (mu) ~~after~~ the warrant is executed unless that date is impossible. In that event, the Court will hold the hearing on the first judicial day possible.

4. This Order gives any United States Marshall, within the State of Illinois, the authority to search the premises of the Respondent, Eglė Taučienė, at 17925 S Beechwood Ct., Lockport, IL 60441, or any other place where the Minor reasonably is believed to be present, for the purpose of determining whether the Minor is present.

5. Any and all prior or other proceedings regarding the custody of the Minor are held in abeyance according to Article 16 of the Hague Convention.

Dated: 4 Oct 2011

United States Judge
United States District Court for the
Northern District of Illinois

CHICAGO\3379191.1
ID\MBR - 107196/0004