UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VAIDAS TAUČIUS, | ) |
| Petitioner, | ) ) ) |
| vs. | ) Case No. 11-CV-6968 ) ) Hon. Matthew Kennelly |
| EGLĖ TAUČIENĖ, | ) ) |
| Respondent. | ) ) ) |

## ORDER GRANTING TEMPORARY CUSTODY OF MINOR TO PETITIONER

This matter having come before the Court to hear Petitioner's Petition for the Return of the Minor, the Court after consideration of the statements made in open court continues this hearing.

IT IS THEREFORE ORDERED THAT:

1. The Respondent Eglė Taučienė is released from the custody of the United States Marshals, and the Minor Nojus Taučius is released from the custody of the United States Marshals into the custody of Petitioner Vaidas Taučius *instanter*. Petitioner is granted sole custody of the Minor pending further consideration of the Petition for the Return of the Minor to be heard Monday, October 24th, at 1:30 pm or on such other date as the Court may order.

2. Petitioner shall appear in court with the Minor on Monday, October 24th, at 1:30 pm or on such other date as the Court may order.

3. Petitioner is prohibited from transporting the Minor anywhere other than to appear before the Court or to Petitioner's residence without first providing the Court with 24 hour written notice as to the location and duration of the Minor's proposed movement. In no

circumstances is the Petitioner to remove the Minor from the district.

4. The Court shall maintain custody of the passports of the Petitioner and the Minor pending resolution of this matter.

Dated: 10-7-11

Honorable Matthew Kennelly
United States Judge
United States District Court for the
Northern District of Illinois